38 So.2d 195

**Abraham ABRAMS v. STATE.**

**6 Div. 684.**

Court of Appeals of Alabama.

Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

39 So.2d 923

**Less ALLEN v. STATE.**

**8 Div. 722.**

Court of Appeals of Alabama.

Jan. 25, 1949.

Rehearing Stricken Feb. 8, 1949.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

39 So.2d 53

**Willie ALLEN v. STATE.**

**8 Div. 723.**

Court of Appeals of Alabama.

Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

38 So.2d 195

**Joe Brown ALLRID v. STATE.**

**5 Div. 266.**

Court of Appeals of Alabama.

Oct. 19, 1948.

Jacob A. Walker, of Opelika, and A. L. Patterson, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.